# PLAINTIFF'S EXHIBIT 2

*Deposition Invoices*

1:02-cv-2476
(EGS)



**1717 K Street, NW**
**Suite 505**
**Washington, DC 20036**

**202.857.DEPO (3376)**
**1.866.448.DEPO**
**202.955.3142 (FAX)**

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2005 | 12504 |

| Bill To |
|---------|
| Law Office of Harvey S. Williams<br>1666 Connecticut Avenue, N.W. #225<br>Washington, DC 20009<br>Fax: 202.462.5904<br>Attn: Mr. Williams |

**Kindly Pay in 10 Days.**

**Interest Charges of**
**1.5% Per Month Will**
**Apply After 60 Days**

| Item | Description | Qty | Amount |
|------|-------------|-----|--------|
| Deposition<br>Shipping | Harvey v. Mohammed, et al. (Depo of Kendall Larose) 7.26.05 | 290<br>1 | 942.50<br>15.00 |

Tax ID #: 20-0203552

| | |
|---|---|
| **Total** | $957.50 |
| Payments/Credits | $0.00 |
| **Balance Due** | $957.50 |

*Thank you for your business!*



**CAPITAL**
REPORTING COMPANY

1717 K Street, NW
Suite 505
Washington, DC 20036

202.857.DEPO (3376)
1.866.448.DEPO
202.955.3142 (FAX)

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/22/2005 | 12701 |

| Bill To |
|---------|
| Law Office of Harvey S. Williams<br>1666 Connecticut Avenue, N.W. #225<br>Washington, DC 20009<br>Fax: 202.462.5904<br>Attn: Mr. Williams |

**Kindly Pay in 10 Days.**

**Interest Charges of
1.5% Per Month Will
Apply After 60 Days**

| Item | Description | Qty | Amount |
|------|-------------|-----|--------|
| Deposition | Suggs v. Leon Mohammed; Symbral, et al (Depo of Rhonda Seegobin) 7.27.05 | 273 | 887.25 |
| Shipping | | 1 | 15.00 |

Tax ID #: 20-0203552

| | |
|---|---|
| **Total** | $902.25 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $902.25 |

*Thank you for your business!*



**CAPITAL**
REPORTING COMPANY

1717 K Street, NW
Suite 505
Washington, DC 20036

202.857.DEPO (3376)
1.866.448.DEPO
202.955.3142 (FAX)

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/10/2005 | 12610 |



| Bill To |
|---------|
| Law Office of Harvey S. Williams |
| 1666 Connecticut Avenue, N.W. #225 |
| Washington, DC 20009 |
| Fax: 202.462.5904 |
| Attn: Mr. Williams |

**Kindly Pay in 10 Days.**

**Interest Charges of
1.5% Per Month Will
Apply After 60 Days**

| Item | Description | Qty | Amount |
|------|-------------|-----|--------|
| Copy | Harvey v. Mohammed (Depo of David Harvey) 7.28.05 | 91 | 241.15 |
| Shipping | | 1 | 15.00 |

Tax ID #: 20-0203552

| | |
|---|---|
| **Total** | $256.15 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $256.15 |

*Thank you for your business!*

# CREEL COURT REPORTING
1230 Richland Street
Columbia, South Carolina 29201
**(803) 252-3445**

02/15/2007                                    **TAX NO. 57-1016805**

                                             INVOICE NO.      07-338

Harvey S. Williams, Esquire          Attorney for Plaintiff
Law Office of Harvey S. Williams
1666 Connecticut Avenue, NW
Suite 225
Washington, DC 20009

**RE:** David Harvey, et al. vs. Mohammed, et al.                    0.00
C/A No. 1:02-CV-2476
                                                                    0.00

ORIGINAL AND ONE COPY - Video Deposition of:

| | |
|---|---:|
| Carrie Weaver | 153.75 |
| Exhibits (10 pages) | 3.00 |
| Appearance Fee | 40.00 |
| Videographer's Fee (William Bunch) | 125.00 |
| Postage | 7.00 |
| Condensed Transcript/Key Word Index | 0.00 |

| | |
|---|---:|
| Total | $328.75 |
| Payments/Credits | $0.00 |
| Balance Due | $328.75 |

**THANK YOU!**
**(Please return copy with remittance)**

/la
bb

# INVOICE



Washington, D.C.    Philadelphia, PA
Baltimore, MD       New York, NY
Greenbelt, MD       San Francisco, CA
Alexandria, VA      San Rafael, CA
Tysons Corner, VA   Oakland, CA
A/R Questions?
(202) 857 - DEPO
www.CapitalReportingCompany.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27705 | 10/9/2007 | 11884 |
| **Job Date** | **Case No.** | |
| 9/20/2007 | 1:02CV2476 | |
| **Case Name** | | |
| Harvey v. Mohammed, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harvey "Shep" Williams
Law Offices of Harvey S. Williams
1666 Connecticut Avenue, N.W. #225
Washington, DC 20009

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Maria Rillera | 180.00  Pages | @ | 3.55 | 639.00 |
| Shipping | | | 15.00 | 15.00 |
| | **TOTAL DUE  >>>** | | | **$654.00** |

**Tax ID:** 20-0203552

Phone: 202-462.5900    Fax:202-462.5904

*Please detach bottom portion and return with payment.*

Harvey "Shep" Williams
Law Offices of Harvey S. Williams
1666 Connecticut Avenue, N.W. #225
Washington, DC 20009

| | | |
|---|---|---|
| Invoice No. | : | 27705 |
| Invoice Date | : | 10/9/2007 |
| **Total Due** | : | **$ 654.00** |

Remit To: **Capital Reporting Company**
**1821 Jefferson Place, NW**
**3rd Floor**
**Washington, DC 20036**

| | | |
|---|---|---|
| Job No. | : | 11884 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:02CV2476 |
| Case Name | : | Harvey v. Mohammed, et al. |

# INVOICE



Washington, D.C.   Philadelphia, PA
Baltimore, MD   New York, NY
Greenbelt, MD   San Francisco, CA
Alexandria, VA   San Rafael, CA
Tysons Corner, VA   Oakland, CA
A/R Questions?
(202) 857 - DEPO

**CAPITAL** REPORTING COMPANY™ www.CapitalReportingCompany.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27763 | 10/10/2007 | 11903 |
| **Job Date** | **Case No.** | |
| 9/26/2007 | 1:02CV2476 | |
| **Case Name** | | |
| Harvey v. Mohammed, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harvey "Shep" Williams
Law Offices of Harvey S. Williams
1666 Connecticut Avenue, N.W. #225
Washington, DC 20009

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Edith Arah | 131.00 Pages | @ | 3.55 | 465.05 |
| Shipping | | | 15.00 | 15.00 |
| | **TOTAL DUE >>>** | | | **$480.05** |

**Tax ID:** 20-0203552

Phone: 202-462.5900   Fax:202-462.5904

*Please detach bottom portion and return with payment.*

Harvey "Shep" Williams
Law Offices of Harvey S. Williams
1666 Connecticut Avenue, N.W. #225
Washington, DC 20009

| | | |
|---|---|---|
| Invoice No. | : | 27763 |
| Invoice Date | : | 10/10/2007 |
| **Total Due** | : | **$ 480.05** |

**Remit To: Capital Reporting Company**
        **1821 Jefferson Place, NW**
        **3rd Floor**
        **Washington, DC 20036**

| | | |
|---|---|---|
| Job No. | : | 11903 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:02CV2476 |
| Case Name | : | Harvey v. Mohammed, et al. |

# INVOICE



CAPITAL
REPORTING COMPANY™ www.CapitalReportingCompany.com

Washington, D.C.    Philadelphia, PA
Baltimore, MD      New York, NY
Greenbelt, MD      San Francisco, CA
Alexandria, VA      San Rafael, CA
Tysons Corner, VA   Oakland, CA
A/R Questions?
(202) 857 - DEPO

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 28861 | 11/16/2007 | 12641 |
| **Job Date** | **Case No.** | |
| 11/2/2007 | 1:02CV2476 | |
| **Case Name** | | |
| Harvey v. Mohammed, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harvey "Shep" Williams
Law Offices of Harvey S. Williams
1666 Connecticut Avenue, N.W. #225
Washington, DC 20009

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Leon Mohammed | 148.00 | Pages | @ | 3.55 | 525.40 |
| Wait Time | 2.00 | Hours | @ | 40.00 | 80.00 |
| Shipping | | | | 15.00 | 15.00 |
| | | **TOTAL DUE  >>>** | | | **$620.40** |

**Tax ID:** 20-0203552

Phone: 202-462.5900   Fax:202-462.5904

*Please detach bottom portion and return with payment.*

Harvey "Shep" Williams
Law Offices of Harvey S. Williams
1666 Connecticut Avenue, N.W. #225
Washington, DC 20009

Invoice No.    :  28861
Invoice Date  :  11/16/2007
**Total Due**    :  **$ 620.40**

Remit To: **Capital Reporting Company**
          **1821 Jefferson Place, NW**
          **3rd Floor**
          **Washington, DC 20036**

Job No.      :  12641
BU ID        :  1-MAIN
Case No.     :  1:02CV2476
Case Name    :  Harvey v. Mohammed, et al.

# INVOICE

CAPITAL
REPORTING COMPANY®

Washington, DC    New York, NY
Baltimore, MD    Philadelphia, PA
Greenbelt, MD    Chicago, IL
Alexandria, VA    San Francisco, CA
Tysons Corner, VA    San Rafael, CA
Questions?
(202) 857-DEPO

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40161 | 11/12/2008 | 21609 |
| **Job Date** | **Case No.** | |
| 10/28/2008 | 1:02CV2476 | |
| **Case Name** | | |
| Harvey v. Mohammed, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Harvey "Shep" Williams
Law Offices of Harvey S. Williams
1666 Connecticut Avenue, N.W. #225
Washington, DC 20009

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Shireen Hodge | 280.00 Pages | @ | 3.65 | 1,022.00 |
| E-Transcript Email | | | 0.00 | 0.00 |
| Night Pages | 45.00 Pages | @ | 1.00 | 45.00 |
| Shipping | | | 15.00 | 15.00 |

**TOTAL DUE >>>**  **$1,082.00**

Did you know that Capital Reporting Company is a national company?  We have your deposition covered any city, any day, any time!

Please remit all payments to our Washington, D.C. address below.  If you choose to pay with Mastercard or Visa, a 1.5% processing fee will apply.

**Tax ID:** 20-0203552

Phone: 202-462.5900    Fax:202-462.5904

*Please detach bottom portion and return with payment.*

Harvey "Shep" Williams
Law Offices of Harvey S. Williams
1666 Connecticut Avenue, N.W. #225
Washington, DC 20009

| | | |
|---|---|---|
| Invoice No. | : | 40161 |
| Invoice Date | : | 11/12/2008 |
| **Total Due** | : | **$ 1,082.00** |

Remit To: **Capital Reporting Company**
**1821 Jefferson Place, NW**
**3rd Floor**
**Washington, DC 20036**

| | | |
|---|---|---|
| Job No. | : | 21609 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:02CV2476 |
| Case Name | : | Harvey v. Mohammed, et al. |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40121 | 11/12/2008 | 22229 |
| **Job Date** | **Case No.** | |
| 10/29/2008 | 1:02CV2476 | |
| **Case Name** | | |
| Harvey v. Mohammed, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Washington, DC   New York, NY
Baltimore, MD   Philadelphia, PA
Greenbelt, MD   Chicago, IL
Alexandria, VA  San Francisco, CA
Tysons Corner, VA  San Rafael, CA
Questions?
(202) 857-DEPO

**CAPITAL**
REPORTING COMPANY®

Harvey "Shep" Williams
Law Offices of Harvey S. Williams
1666 Connecticut Avenue, N.W. #225
Washington, DC 20009

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Jannie Shamey | 162.00 Pages | @ | 2.75 | 445.50 |
| Shipping | | | 15.00 | 15.00 |
| | **TOTAL DUE >>>** | | | **$460.50** |

Did you know that Capital Reporting Company is a national company? We have your deposition covered any city, any day, any time!

Please remit all payments to our Washington, D.C. address below. If you choose to pay with Mastercard or Visa, a 1.5% processing fee will apply.

Tax ID: 20-0203552

Phone: 202-462.5900   Fax:202-462.5904

*Please detach bottom portion and return with payment.*

Harvey "Shep" Williams
Law Offices of Harvey S. Williams
1666 Connecticut Avenue, N.W. #225
Washington, DC 20009

| | | |
|---|---|---|
| Invoice No. | : | 40121 |
| Invoice Date | : | 11/12/2008 |
| **Total Due** | : | **$ 460.50** |

| | | |
|---|---|---|
| Job No. | : | 22229 |
| BU ID | : | 1-MAIN |
| Case No. | : | 1:02CV2476 |
| Case Name | : | Harvey v. Mohammed, et al. |

Remit To: **Capital Reporting Company**
        **1821 Jefferson Place, NW**
        **3rd Floor**
        **Washington, DC 20036**

LegaLink, Inc. - A Merrill Company
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 269871 | 02/10/2009 | 03-146863 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 01/29/2009 | MANDAL | 1:02CV02476 ( |

| CASE CAPTION |
|---|
| Harvey -v- Mohammed, et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Harvey S. Williams, Esquire
Law Office of Harvey S. Williams
1666 Connecticut Avenue, N.W.
Suite 225
Washington, DC 20009

```
ORIGINAL TRANSCRIPT & INDEX OF:
     Yvonne Morrison              179 Pages                635.45
            Shipping & Handling                             15.00
                                                           _____
                          TOTAL  DUE  >>>>                 650.45

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

TAX ID NO. : 20-2665382                           (202) 462-5900    Fax (202) 0000000

*Please detach bottom portion and return with payment.*

Harvey S. Williams, Esquire
Law Office of Harvey S. Williams
1666 Connecticut Avenue, N.W.
Suite 225
Washington, DC 20009

```
Invoice No.:  269871
Date       :  02/10/2009
TOTAL DUE  :     650.45


Job No.    :  03-146863
Case No.   :  1:02CV02476 (EGS)
Harvey -v- Mohammed, et al
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**