# Jackson & Associates, Inc.

Jackson & Associates, Inc.
(410)602-4020
6917 Old Pimlico Road
Baltimore, MD 21209

ewestman@me.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 05/03/2011 | 549 |
| TERMS | DUE DATE |
| Net 30 | 06/02/2011 |

**BILL TO**
Harvey S. Williams
Law Office of Harvey Williams
1666 Connecticut Avenue, NW
Suite 225
Washington, DC 20009

| AMOUNT DUE | ENCLOSED |
|---|---|
| $2,250.00 | |

✂ Please detach top portion and return with your payment. ✂

| Activity | Amount |
|---|---|
| • Professional Services of David L. Jackson, MD, PhD<br>Deposition for Harvey vs. Mohammed  4.5 hours @ $500/hour | 2,250.00 |
| **TOTAL** | **$2,250.00** |

PLAINTIFFS'
EXH 2
Blumberg No. 5137