# Jackson & Associates, Inc.

Jackson & Associates, Inc.
(410)602-4020
6917 Old Pimlico Road
Baltimore, MD 21209

ewestman@me.com

# Invoice

| DATE | INVOICE # |
|---|---|
| 06/08/2011 | 564 |
| TERMS | DUE DATE |
| Net 30 | 07/08/2011 |

**BILL TO**

Harvey S. Williams
Law Office of Harvey Williams
1666 Connecticut Avenue, NW
Suite 225
Washington, DC 20009

| AMOUNT DUE | ENCLOSED |
|---|---|
| $3,750.00 | |

*Please detach top portion and return with your payment.*

| DATE | ACCOUNT SUMMARY | AMOUNT |
|---|---|---|
| 05/03/2011 | Balance Forward | $2,250.00 |
| | New charges (see details below) | 1,500.00 |
| | TOTAL AMOUNT DUE | $3,750.00 |

| Activity | Amount |
|---|---|
| • Professional Services of Dr. David L Jackson<br>Re: Harvey v. DC et al<br>3 Hours of charges due to 3 last minute cancelations of depositions by Plaintiff's Atty. | 1,500.00 |
| TOTAL OF NEW CHARGES | $1,500.00 |
| TOTAL AMOUNT DUE | $3,750.00 |

PLAINTIFFS'
EXH 4